IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW ANGLODIOUS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:11-cv-627-TFM |
| | ) | [wo] |
| TREY BARFIELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On October 17, 2011, the Magistrate Judge filed a Recommendation to dismiss this case without prejudice for Plaintiff's abandonment of his claims, failure to comply with the orders of this court, and his failure to properly continue the prosecution of this case. (Doc. No. 16).  On October 13, 2011 the parties consented to a United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment pursuant to the provisions of 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1.  (Doc. No. 15).

Accordingly it is ORDERED  that this case be and is hereby DISMISSED without prejudice for the Plaintiff's abandonment of his claims, failure to comply with the orders of this court, and his failure to properly continue the prosecution of this case.

DONE this 15th day of November, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE